IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL INSURANCE COMPANY,<br>          Plaintiffs,<br><br>   v.<br><br>HOLY FAMILY INSTITUTE,<br>          Defendant. | CIVIL ACTION<br>No. 20-2279 |

## ORDER

**AND NOW**, this 20th day of July, 2021, after reviewing the pending motions, the responses thereto, and having held oral argument, it is hereby **ORDERED** that Holy Family Institute's Motion to Transfer is **GRANTED** and the case is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania. Holy Family Institute's Motion to Dismiss is persevered for adjudication in the United States District Court for the Western District of Pennsylvania.

                                                            **BY THE COURT:**

                                                            /s/ Jeffrey L. Schmehl
                                                            Jeffrey L. Schmehl, J.